AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANELLE PRUETT

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5188JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court remands the matter to the Social Security Administration for further consideration of the medical evidence. On remand the matter should be assigned to another ALJ and a different medical expert should also be utilized.


   November 21, 2007                                        BRUCE RIFKIN
Date                                                             Clerk

                                                                      *s/Caroline M. Gonzalez*
                                                                      Deputy Clerk