MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANELLE PRUETT, | ) |
|         Plaintiff, | ) CIVIL NO. C07-5188JKA |
| vs. | ) AGREED ORDER RE: EAJA FEES AND EXPENSES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|         Defendant. | ) |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,208.63 and expenses in the sum of $14.64 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.  The check(s) shall be mailed to Plaintiff's attorney's office: <u>410-A South Capitol Way, Olympia, WA  98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: December 7, 2007.

                                                ***/s/ J. Kelley Arnold***
                                                J. KELLEY ARNOLD
                                                U.S.  DISTRICT  COURT  MAGISTRATE  JUDGE

AGREED ORDER RE: EAJA FEES AND EXPENSES   - Page 1
[C07-5188JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ Joanne E. Dantonio
JOANNE E. DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per telephonic agreement)*

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order Re: EAJA Fees and Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joanne E. Dantonio
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
Joanne.dantonio@ssa.gov

Brian C. Kipnis
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
brian.kipnis@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Declaration Re EAJA Fees and its attachments to the following non-CM/ECF participants:

   NONE

AGREED ORDER RE: EAJA FEES   - Page 2
AND EXPENSES
[C07-5188JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1 | DATED: December 6, 2007

/s/ Dawn Erdelbrock
Dawn Erdelbrock, Legal Assistant
MADDOX & LAFFOON, P.S.
dawnerdelbrock@comcast.net

AGREED ORDER RE: EAJA FEES   - Page 3
AND EXPENSES
[C07-5188JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276