UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANELLE PRUETT,<br><br>             Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security Administration,<br><br>             Defendant. | CASE NO.    C07-5188JKA<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>ATTORNEY'S FEES AND<br>OTHER EXPENSES UNDER<br>THE EQUAL ACCESS TO<br>JUSTICE ACT |

    This matter comes before the court on an unopposed motion for attorney's fees and other expenses under the Equal Access to Justice Act.

    Accordingly, the motion is **GRANTED**. Plaintiff's counsel Jeanette Laffoon should be awarded attorney fees and cost in the amount of $13,000.00, pursuant to 42 U.S.C. § 406(b)

    DATED this 28th day of January, 2009.


                                 */s/ J. Kelley Arnold*
                                 J. Kelley Arnold
                                 U.S. Magistrate Judge