# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANELLE PRUETT

        v.

MICHAEL ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5188JKA

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The motion is **GRANTED**. Plaintiff's counsel Jeanette Laffoon should be awarded attorney fees and costs in the amount of $13,000.00, pursuant to 42 U.S.C. § 406(b).

| | |
|---|---|
|   January 28, 2009 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |